# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MARK SPEAKES and ZENITH ADMINISTRATORS, INC., as      Case No. 1:05CV01066
Administrators of the Laborers' National (Industrial) Pension
Fund, and the Laborers' National Health and Welfare Fund,
         Plaintiff(s),

vs.

                                   **AFFIDAVIT OF SERVICE**
TELTARA, INC.,                                **OF PROCESS**
         Defendant(s).

---

JOSEPH BEACOM, being duly sworn states: That I am qualified to serve process in this cause, having
been so appointed by the court in Maricopa County. I received the following documents in this action:
SUMMONS, COMPLAINT, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
JUDGE FOR ALL PURPOSES, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED
STATES MAGISTRATE JUDGE, AND INITIAL ELECTRONIC CASE FILING ORDER
From WARD, KEENAN, & BARRETT, P.C., for the LAW OFFICES OF JAMES S. RAY on 06/02/05,
and in each instance I, personally, served a copy of each document listed above on those named below in
the manner and at the time and place shown, that all services, except where noted, were made within
Maricopa County, Arizona.

Upon TELTARA, INC. on 06/03/05 at 10:38 a.m. at 8700 North Gainey Center Drive, Suite 150,
Scottsdale, AZ, by leaving a copy with Vincent Hearn, Vice President of Employee Services, authorized to
accept.

                                               Joseph Beacom, ACPS, Affiant

SUBSCRIBED AND SWORN to me this ___3___ day of
_____June_____ 2005.

Notary Public: _Margaret Turner_
My Commission Expires _10/17/08_

$16.00 Service(s)
$43.20 Mileage
$ 8.00 Preparation of Affidavit/Notary

$67.20 Total

Integrity Attorney Services
P.O. Box 33123
Phoenix, Arizona.85067-3123