UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK W. SPEAKES, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TELTARA, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:05cv01066 (Robertson) |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO ANSWER THE COMPLAINT

At the request of counsel for Defendant Teltara, Inc., the undersigned counsel for the Plaintiffs hereby moves the Court for an order extending the Defendant's time for answering the Complaint until July 7, 2005. Counsel for the Plaintiffs has consented to the motion.

This motion is accompanied by a memorandum of points and authorities and a proposed order.

### MEMORANDUM OF POINTS AND AUTHORITIES

1.   The Summons and Complaint were served on Defendant Teltara on June 3, 2005, as indicated on the Return of Service filed earlier.

2.   Teltara's answer or other response to the Complaint is due on June 23, 2005.

3.   Mr. Phillip May, an Arizona attorney representing Teltara, contacted Plaintiffs' counsel on June 21, 2005 and requested an extension of time within which to answer the Complaint because he needs to engage local counsel in the District of

-2-

Columbia. Mr. May is not a member of the bar of this Court nor admitted to practice in the District of Columbia.

4. Plaintiff's counsel has consented to an extension until July 7, 2005.

5. The Court has discretion to grant or deny this motion.

Dated:   June 22, 2005

Respectfully submitted,

*James S. Ray*
James S. Ray
(DC Bar No. 26508)
Law Offices of James S. Ray
706 Duke Street
Alexandria, Virginia 22314
Tel.: 703-836-8111
Fax: 703-836-1888
E-Mail: jrayraylaw@aol.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion has been served upon the following counsel for Teltara, Inc. by deposit in the U.S. Mail, postage prepaid, and by electronic mail, on this 22d day of June 2005.

Phillip G. May, Esq.
Collins, May, Potenza, Baran & Gillespie, P.C.
2210 Bank One Center
Suite 201
Phoenix, Arizona 85073
pmay@cmpbglaw.com

*James S. Ray*
James S. Ray

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK W. SPEAKES, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TELTARA, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:05cv01066 (Robertson) |

ORDER

Upon consideration of the Consent Motion for an Extension of Time to Answer the Complaint, it is hereby

ORDERED, that the motion be and is granted. Defendant Teltara, Inc. shall file its answer or other response to the Complaint by July 7, 2005.

Done this____ day of _____, 2005.

_____
**James Robertson, U.S. District Judge**