UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK W. SPEAKES, et al., )
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. 1:05cv01066 (JR)
)
TELTARA, INC., )
)
Defendant. )

## ORDER

Upon consideration of the Consent Motion for an Extension of Time to Answer the Complaint, it is hereby

ORDERED, that the motion be and is granted. Defendant Teltara, Inc. shall file its answer or other response to the Complaint by July 7, 2005.

Done this 27th day of June, 2005.

_____
James Robertson
United States District Judge