## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK W. SPEAKES, as the Fund Administrator of the Laborers' National (Industrial) Pension Fund, | ) ) ) | |
| and | ) ) | |
| ZENITH ADMINISTRATORS, INC., as the Administrator of the Laborers' National Health and Welfare Fund | ) ) ) ) | Case No.  1:05CV01066<br>Judge:  James Robertson<br>Deck Type:  Labor/ERISA<br>         (non-employment) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TELTARA, INC.<br>8700 N. Gainey Center Drive, Suite 150,<br>Scottsdale, Arizona  85258, | ) ) ) ) | |
| Defendant. | ) ) | |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Teltara, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Teltara, Inc. which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  July 7, 2005.

Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC  20036-5304
Telephone:  (202) 861-1680
Fax:  (202) 861-1783
email:  fchockley@bakerlaw.com

/s/ Frederick W. Chockley, III
Frederick W. Chockley, III  (D.C. Bar No. 366800)
Attorney of Record for Teltara, Inc.