IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK W. SPEAKES, as the Fund Administrator of the Laborers' National (Industrial) Pension Fund, <br><br>and<br><br>ZENITH ADMINISTRATORS, INC., as the Administrator of the Laborers' National Health and Welfare Fund<br><br>Plaintiffs,<br><br>vs.<br><br>TELTARA, INC.<br><br>Defendant. | Case No.  1:05CV01066<br>Judge:  James Robertson<br>Deck Type:  Labor/ERISA<br>            (non-employment) |

**DEFENDANT'S MOTION FOR ROBERT H. BROWN
TO APPEAR *PRO HAC VICE* AND TO ALLOW MR. BROWN
TO APPEAR BY PHONE AT A JULY 26 CONFERENCE WITH THE COURT**

Defendant, Teltara, Inc. ("Teltara"), by its attorneys, hereby moves for admission of Robert H. Brown, a non-member of this Court's Bar, to appear *Pro Hac Vice* in this matter.

In support of this motion, Defendant represents that Mr. Brown will be primary counsel on this litigation and that the undersigned attorney is a sponsoring member of the Bar of this Court.

Furthermore, Defendant requests that Mr. Brown be allowed to appear by phone at the July 26 conference in Chambers recently set by the Court. The undersigned will appear in person.

Plaintiffs' attorney James Ray has stated he has no objection to this Motion.

In support of this motion, pursuant to Local Civil Rule 83.2, Mr. Brown submits his Declaration and Certification.

Dated:  July 13, 2005.

        Respectfully submitted,

        BAKER & HOSTETLER LLP

        By:   /s/Frederick W. Chockley, III
              Frederick W. Chockley, III  (D.C. Bar No. 366800)
              1050 Connecticut Avenue, N.W., Suite 1100
              Washington, DC  20036-5304
              Telephone:  (202) 861-1680

        Attorneys for Defendant

Of Counsel:
Robert H. Brown, Esq.
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois  60610
Telephone:  (312) 467-9800
Fax:  (312) 467-9479
email:  rbrown@lanermuchin.com