# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK W. SPEAKES, as the Fund Administrator of<br>the Laborers' National (Industrial) Pension Fund,<br><br>and<br><br>ZENITH ADMINISTRATORS, INC., as the<br>Administrator of the Laborers' National Health and<br>Welfare Fund<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TELTARA, INC.<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:05CV01066
Judge: James Robertson
Deck Type: Labor/ERISA
　　　　　　(non-employment)

## DECLARATION OF ROBERT H. BROWN IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE* AND TO ALLOW MR. BROWN
## TO APPEAR BY PHONE AT A JULY 26 CONFERENCE WITH THE COURT

Robert H. Brown declares:

1.　　I submit this Declaration in compliance with Local Civil Rule 83.2(c), (d) and (j).

2.　　My office address and telephone number are: Laner Muchin Dombrow Becker Levin and Tominberg, Ltd., 515 North State Street, Suite 2800, Chicago, Illinois 60610, 312-467-9800.

3.　　I am admitted to numerous Bars, as specified in detail on Exhibit A which is attached hereto and made part hereof.

4.　　I hereby certify that I have never been disciplined by any Bar.

5.　　I have not been admitted *Pro Hac Vice* in this Court within the last two years.

6.　　I do not practice law from an office located in the District of Columbia; am not a member of this Bar; and do not have an application for membership pending.

7.　　In compliance with Local Civil Rule 83.2(j), I hereby certify that I am familiar with the Local Civil Rules of this Court and materials set forth in Local Civil Rule 83.8(b) and 83.9(a).

8.   In a telephone conversation on July 12, 2005, Plaintiffs' attorney James Ray represented that he had no objection to the instant motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Chicago, Illinois on July 12, 2005

_____

Robert H. Brown

Robert H. Brown, Esq.
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois  60610
Telephone:  (312) 467-9800
Fax:  (312) 467-9479
email:  rbrown@lanermuchin.com

EXHIBIT A

## BAR MEMBERSHIPS OF ROBERT H. BROWN

a.   Supreme Court of Illinois – 1972.

b.   Superior Court of New Haven County, Connecticut – 1977.

c.   Supreme Court of Florida –(inactive) 1986.

d.   U.S. District Court (N.D. Ill.) (and Trial Bar) – 1972.

e.   U.S. District Court (E.D. Wis.) – 1995 (Est.).

f.   U.S. District Court (D. Col.) – 1997 (Est.).

g.   U.S. Court of Appeals for the Fourth Circuit – 1990.

h.   U.S. Court of Appeals for the Fifth Circuit – 1996.

i.   U.S. Court of Appeals for the Sixth Circuit – 1998 (Est.).

j.   U.S. Court of Appeals for the Seventh Circuit – 1983.

k.   U.S. Court of Appeals for the Ninth Circuit – 1980.

l.   U.S. Court of Appeals for the Tenth Circuit – 1981.

m.   Supreme Court of the United States – 1980.