**EXHIBIT A**

**BAR MEMBERSHIPS OF ROBERT H. BROWN**

a. Supreme Court of Illinois – 1972.

b. Superior Court of New Haven County, Connecticut – 1977.

c. Supreme Court of Florida –(inactive) 1986.

d. U.S. District Court (N.D. Ill.) (and Trial Bar) – 1972.

e. U.S. District Court (E.D. Wis.) – 1995 (Est.).

f. U.S. District Court (D. Col.) – 1997 (Est.).

g. U.S. Court of Appeals for the Fourth Circuit – 1990.

h. U.S. Court of Appeals for the Fifth Circuit – 1996.

i. U.S. Court of Appeals for the Sixth Circuit – 1998 (Est.).

j. U.S. Court of Appeals for the Seventh Circuit – 1983.

k. U.S. Court of Appeals for the Ninth Circuit – 1980.

l. U.S. Court of Appeals for the Tenth Circuit – 1981.

m. Supreme Court of the United States – 1980.