**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK W. SPEAKES, as the Fund Administrator of the Laborers' National (Industrial) Pension Fund, )<br>)<br>and )<br>)<br>ZENITH ADMINISTRATORS, INC., as the Administrator of the Laborers' National Health and Welfare Fund )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TELTARA, INC. )<br>)<br>Defendant. ) | Case No.  1:05CV01066<br>Judge:  James Robertson<br>Deck Type:  Labor/ERISA<br>             (non-employment) |

## ERRATA

Defendant inadvertently omitted a proposed order from its motion for Robert H. Brown to appear pro hac vice, etc. (Document # 7). A proposed order is attached hereto.

Dated:  July 13 , 2005.

                           Respectfully submitted,

                           BAKER & HOSTETLER LLP

                           By:  _____
                                Frederick W. Chockley, III  (D.C. Bar No. 366800)
                                1050 Connecticut Avenue, N.W., Suite 1100
                                Washington, DC  20036-5304
                                Telephone:  (202) 861-1680

                           Attorneys for Defendant

Of Counsel:
Robert H. Brown, Esq.
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois  60610
Telephone:  (312) 467-9800
Fax:  (312) 467-9479
email:  rbrown@lanermuchin.com