**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARK W. SPEAKES, as the Fund Administrator of the Laborers' National (Industrial) Pension Fund, | ) ) ) | |
| and | ) ) | |
| ZENITH ADMINISTRATORS, INC., as the Administrator of the Laborers' National Health and Welfare Fund | ) ) ) ) | Case No.  1:05CV01066<br>Judge:  James Robertson<br>Deck Type:  Labor/ERISA<br>            (non-employment) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TELTARA, INC. | ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Robert H. Brown To Appear Pro

Hac Vice and To Allow Mr. Brown To Appear By Phone at a July 26 Conference with the Court,

it is hereby

Ordered, that the motion be, and it is hereby, granted.

_____

Hon. James Robertson

United States District Judge

Copies to:

Frederick W. Chockley, III
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC  20036-5304

Robert H. Brown
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, IL 60610

James S. Ray
706 Duke Street
Alexandria, VA 22314