UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK W. SPEAKES, as the Fund         :
Administrator of the Laborers'       :
National (Industrial) Pension        :
Fund, *et al*.,                      :
                                     :
    Plaintiffs,          :
                                     :
  v.                             : Civil Action No. 05-1066 (JR)
                                     :
TELTARA, INC.,                       :
                                     :
    Defendant.           :

### ORDER

      Upon consideration of defendant's motion for the *pro hac vice* appearance of Robert H. Brown, it is

      **ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                  JAMES ROBERTSON
                          United States District Judge