UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK W. SPEAKES, *et al.*,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv01066 (Robertson) |
| ) | |
| **TELTARA, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ACKNOWLEDGMENT OF SATISFACTION OF MONETARY JUDGMENT

The Plaintiffs, by and through counsel, hereby acknowledge that Defendant Teltara, Inc. has paid the full amount of monetary relief granted by the Consent Judgment entered by the Court on December 14, 2005, and ask that this Acknowledgment be placed on the case docket.

The equitable relief awarded by the Consent Judgment remains in effect, and the Court retains jurisdiction to enforce same.

Dated: December 30, 2005.

Respectfully submitted,

James S. Ray, Esq.
Law Offices of James S. Ray
706 Duke Street
Alexandria, Virginia 22314
(703) 836-8111 (voice)
(703) 836-1888 (fax)
jrayraylaw@aol.com

Counsel for Plaintiffs